# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JEFFREY MARK MCMEEL Plaintiff, | Case No.: 2:26-cv-01573 |
| vs | PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT |
| LOWE'S HOME CENTERS LLC | |
| Defendant. | |

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

J

Jeffrey Mark McMeel

℅ PO box 2434
Auburn, Washington  98071

1

Plaintiff Jeffrey Mark McMeel respectfully requests that the Clerk enter default against Defendant Lowe's Home Centers, LLC pursuant to Federal Rule of Civil Procedure 55(a).

This request is supported by the accompanying Declaration of Jeffrey Mark McMeel and the docket in this action. Defendant was served with the Summons and Complaint on April 7, 2026, and the final extended deadline for Defendant to answer or otherwise respond to the Amended Complaint expired on June 3, 2026. Defendant has not filed an Answer, Rule 12 motion, or other responsive pleading.

DATED this 4th_ day of June, 2026.

Respectfully submitted,

/s/JEFFREY MARK McMEEL

Plaintiff, Pro Se

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

J                                                                Jeffrey Mark McMeel

                                                                ℅ PO box 2434
                                                                Auburn, Washington  98071

2

PO Box 2434

Auburn, Washington 98071

themcmeel@pm.me

DECLARATION OF JEFFREY MARK McMEEL

IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT**

I, Jeffrey Mark McMeel, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1.  I am the Plaintiff in this action and make this declaration based on my personal knowledge.

2.  Defendant Lowe's Home Centers, LLC was served with the Summons and Complaint on April 7, 2026, prior to removal.

3.  Defendant removed this action to the United States District Court for the Western District of Washington.

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

J                                                          Jeffrey Mark McMeel

℅ PO box 2434
Auburn, Washington  98071

3

4.  I filed my Amended Complaint on May 9, 2026.

5.  Defendant has appeared in this action through counsel, including Nicholas Gillard-Byers and Kirsten Parris of Seyfarth Shaw LLP.

6.  Before removal, Defendant requested and I granted a two-week extension to respond to the original complaint.

7.  After removal and after the filing of the Amended Complaint, I participated in the Rule 26(f) conference with defense counsel on May 28, 2026.

8.  During that May 28, 2026 conference, Nicholas Gillard-Byers represented that Defendant Lowe's Home Centers, LLC would file its Answer by June 3, 2026.

9.  I did not agree to any extension beyond June 3, 2026.

10. As of the date of this declaration, Defendant has not filed an Answer, Rule 12 motion, or other responsive pleading to the Amended Complaint.

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

J                                                              Jeffrey Mark McMeel

℅ PO box 2434
Auburn, Washington  98071

4

11.  Defendant has therefore failed to plead or otherwise defend within the time allowed.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4yh day of June, 2026, at Auburn, Washington.

JEFFREY MARK McMEEL

Plaintiff, Pro Se

CERTIFICATE OF SERVICE

I certify that on the date indicated below, I filed the foregoing Request for Clerk's Entry of Default and Declaration of Jeffrey Mark McMeel in Support using the Court's CM/ECF system, which will send notice to all counsel of record.

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

J                                                                                Jeffrey Mark McMeel

℅ PO box 2434
Auburn, Washington  98071

5

DATED this 4th day of June, 2026.


/s/JEFFREY MARK McMEEL

Plaintiff, Pro Se

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

J                                                          Jeffrey Mark McMeel

                                                           ℅ PO box 2434
                                                             Auburn, Washington  98071