# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JEFFREY MARK MCMEEL Plaintiff, | Case No.: 2:26-cv-01573 |
| | |
| | PLAINTIFF'S NOTICE OF WITHDRAWAL OF DEFAULT FILING |
| vs | |
| LOWE'S HOME CENTERS LLC | |
| Defendant. | |

PLAINTIFF'S NOTICE OF WITHDRAWAL OF DEFAULT FILING

Jeffrey Mark McMeel

℅ PO box 2434
Auburn, Washington  98071

1

Plaintiff Jeffrey Mark McMeel hereby withdraws his previously filed Motion for Default

against Defendant Lowe's Home Centers, LLC, Dkt. 18, without prejudice.

DATED this 5 day of June, 2026.

JEFFREY MARK McMEEL

Plaintiff, Pro Se

PO Box 2434

Auburn, Washington 98071

themcmeel@pm.me

CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I filed the foregoing with the Clerk of the

United States District Court for the Western District of Washington via CM/ECF, which will

PLAINTIFF'S NOTICE OF WITHDRAWAL OF DEFAULT FILING

Jeffrey Mark McMeel

℅ PO box 2434
Auburn, Washington  98071

2

send electronic notification to all counsel of record.

DATED this 5th day of June, 2026.

JEFFREY MARK McMEEL

Plaintiff, Pro Se

PLAINTIFF'S NOTICE OF WITHDRAWAL OF DEFAULT FILING

Jeffrey Mark McMeel

℅ PO box 2434
Auburn, Washington  98071

3